**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *ex rel.* **MARIA DEL CARMEN GAMBOA FERGUSON,** | |
| *Plaintiff/Relator*, | **Civil Action No.: 4:24-cv-00025-O** |
| **v.** | **JURY TRIAL DEMANDED** |
| **LOCKHEED MARTIN CORPORATION** | |
| *Defendant.* | |

### RELATOR'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS IDENTIFIED AS PRIVILEGED BY DEFENDANT

Plaintiff/Relator Maria Del Carmen Gamboa Ferguson ("Relator") respectfully requests this Court compel production of documents identified as privileged by Defendant Lockheed Martin Corporation ("Lockheed"). Relator has produced 28,432 documents thus far in this litigation. On April 12, 2024, Lockheed asserted privilege over 126 of those documents and provided a privilege log for those documents. The parties met and conferred on May 7, 2024, but were unable to reach an agreement as to all the documents. Relator now moves to compel production of 65 of those documents that Lockheed claims are privileged. Specifically, Relator respectfully requests that the Court (1) order that the 65 documents listed in the privilege log at App. at 004–011 are not privileged; or, in the alternative (2) review *in camera* those 65 documents that Lockheed asserts are privileged, find that the documents are not privileged, and compel disclosure of those documents to Relator. Per Local Rule 7.1(d), this brief is accompanied by a Brief in Support of Relator's Motion to Compel and is further supported by an appendix per Local Rule 7.1(i).

1

Respectfully submitted,

*/s/*   Stephen Shackelford
Stephen Shackelford, Jr.
Texas State Bar No. 24062998
Steven M. Shepard, *pro hac vice*
W. Jeffrey Melsheimer, *pro hac vice*
Texas State Bar No. 24126417
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Telephone:  (212) 729-2012
Fax:  (212) 336-8340
sshackelford@susmangodfrey.com
sshepard@susmangodfrey.com
jmelsheimer@susmangodfrey.com

Floyd G. Short, *pro hac vice*
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
fshort@susmangodfrey.com
Telephone: (206) 516-3880
Fax: (206) 516-3883

Scarlett Collings
**SUSMAN GODFREY L.L.P.**
Texas State Bar No. 24001906
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 904-8812
Fax: (713) 654-6666
scollings@susmangodfrey.com

Samuel L. Boyd
Texas Bar No. 027777500
Catherine C. Jobe
Texas Bar No. 10668280
**Boyd & Associates, PC**
6440 North Central Expressway
Suite 600
Dallas, Texas 75206
Phone: 214-696-2300
Fax: 214-363-6856
sboyd@boydfirm.com
cjobe@boydfirm.com

2

Jeff Kearney
Texas State Bar No. 11139500
**Kearney Law Firm**
One Museum Place
3100 West 7th Street, Suite 420
Fort Worth, Texas 76107
Phone: 8l7-336-5600
Fax: 817-336-5610
jkearney@kearneylawfirm.com

*Counsel for Qui Tam Plaintiff/Relator*

## CERTIFICATE OF COMPLIANCE

This is to certify that the movant has complied with Northern District of Texas Local Civil Rule 7.1. This motion is opposed. The parties, including Lockheed's counsel Pat Hagan and Relator's counsel Jeff Melsheimer met and conferred on May 7, 2024 in a good faith effort to resolve this dispute without Court intervention. Agreement could not be reached because the parties disagreed about whether the documents were privileged.

*/s/ Stephen Shackelford*
Stephen Shackelford

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served on counsel of record on May 16, 2024.

*/s/ Stephen Shackelford*
Stephen Shackelford

3