UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* MARIA DEL CARMEN GAMBOA FERGUSON, <br><br> *Plaintiff/Relator*, <br><br> v. <br><br> LOCKHEED MARTIN CORPORATION <br><br> *Defendant*. | Civil Action No. 4:25-CV-00025-O <br><br> **JURY TRIAL DEMANDED** |

**DECLARATION OF JEFF MELSHEIMER IN SUPPORT OF RELATOR'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS IDENTIFIED AS PRIVILEGED BY DEFENDANT**

I, Jeff Melsheimer, do hereby declare and state as follows:

1. I am over 18 years of age and could competently testify to the matters set for herein.

2. I am an attorney at Susman Godfrey L.L.P., and counsel to Maria Del Carmen Gamboa Ferguson ("Relator") in this matter. I am a member in good standing of the Texas State Bar and New York State Bar and am admitted *pro hac vice* to practice in the Northern District of Texas.

3. I submit this declaration in support of Ms. Ferguson's Motion to Compel Production of Documents Identified as Privileged By Defendant.

4. Attached hereto as Exhibit A-1 is a true and accurate copy of a selection of 65 documents from Lockheed's Privilege Log, sent on April 12, 2024, that Relator challenges as not protected by the attorney-client privilege.

1

**001**

5. Attached hereto as Exhibit A-2 is a true and accurate copy of Relator's declaration in support of her motion, executed on May 13, 2024.

6. Attached hereto as Exhibit A-3 is a true and accurate copy of an email from Maria Ferguson to self, sent on August 25, 2017.

7. Attached hereto as Exhibit A-4 is a true and accurate copy of an email chain between Maria Ferguson, Darren Hill, Mark Byars, and Rob Spencer, sent on February 16, 2017.

8. Attached hereto as Exhibit A-5 is a true and accurate copy of an email chain between Maria Ferguson and Darren Hill, sent on June 13, 2017.

9. Attached hereto as Exhibit A-6 is a true and accurate copy of an email chain between Maria Ferguson and Beth Kramer, sent on July 21, 2017.

10. Attached hereto as Exhibit A-7 is a true and accurate copy of Lockheed's Corporate Policy Statement CPS-718, Revision 9, effective March 5, 2019.

11. Attached hereto as Exhibit A-8 is a true and accurate copy of an email from Maria Ferguson to self, sent on June 9, 2017.

12. Attached hereto as Exhibit A-9 is a true and accurate copy of an email chain between Maria Ferguson and Darren Hill, sent on June 13, 2017.

13. Attached hereto as Exhibit A-10 is a true and accurate copy of an email agreement between counsel for Relator Dale Rodriguez and counsel for Lockheed.

14. Attached hereto as Exhibit A-11 is a true and accurate copy of an email chain between Maria Ferguson and Beth Kramer, sent on June 05, 2017.

15. Attached hereto as Exhibit A-12 is a true and accurate copy of Maria Ferguson's termination letter dated June 26, 2018.

I declare under penalty of perjury that the foregoing is correct.


Dated: May 13, 2024

                                                    *s/ Jeff Melsheimer*
                                                    Jeff Melsheimer

**003**

| Plaintiff BegBates | Plaintiff EndBates | Pages | Creation Date | Sent Date | Custodian | Sender/Author | Sender Address | Recipient Address | BCC | CC |
|---|---|---|---|---|---|---|---|---|---|---|
| FERGUSON_000013354 | FERGUSON_000013360 | 7 | 4/12/2013 | 4/12/2013 | | maria.c.ferguson | maria c <maria.c.ferguson@lmco.com> | mariaferguson235@yahoo.com <mariaferguson235@yahoo.com> | | |
| FERGUSON_000087013 | FERGUSON_000087014 | 2 | 6/30/2016 | 6/5/2016 | | maria.c.ferguson | maria c (us) <maria.c.ferguson@lmco.com> | rob (us) <rob.spencer@lmco.com>;spencer | | |
| FERGUSON_000162453 | FERGUSON_000162454 | 2 | 6/30/2016 | 6/5/2016 | | maria.c.ferguson | maria c (us) <maria.c.ferguson@lmco.com> | rob (us) <rob.spencer@lmco.com>;spencer | | |
| FERGUSON_000162450 | FERGUSON_000162452 | 3 | 6/30/2016 | 6/16/2016 | | rdb117921 | maria c (us) </o=lmco/ou=site07/cn=recipients/cn=rdb117921> | stamps-henderson;sumari (us) <sumari.stamps-henderson@lmco.com> | | |
| FERGUSON_000036119 | FERGUSON_000036119 | 1 | 6/30/2016 | 6/23/2016 | | sumari.stamps-henderson | sumari (us) <sumari.stamps-henderson@lmco.com> | stamps-henderson;sumari (us) <sumari.stamps-henderson@lmco.com> | | |
| FERGUSON_000036037 | FERGUSON_000036037 | 1 | 6/30/2016 | 6/24/2016 | | maria.l.garton | maria l (us) <maria.l.garton@lmco.com> | ferguson;maria c (us) <maria.c.ferguson@lmco.com> | | |
| FERGUSON_000162435 | FERGUSON_000162435 | 1 | 6/30/2016 | 6/24/2016 | | rdb117921 | maria c (us) </o=lmco/ou=site07/cn=recipients/cn=rdb117921> | garton;maria l (us) <maria.l.garton@lmco.com> | | |
| FERGUSON_000162447 | FERGUSON_000162449 | 3 | 6/30/2016 | 6/29/2016 | | rdb117921 | maria c (us) </o=lmco/ou=site07/cn=recipients/cn=rdb117921> | garton;maria l (us) <maria.l.garton@lmco.com>;stamps-henderson;sumari (us) <sumari.stamps-henderson@lmco.com> | | |
| FERGUSON_000162455 | FERGUSON_000162473 | 19 | 6/30/2016 | 6/29/2016 | | rdb117921 | maria c (us) </o=lmco/ou=site07/cn=recipients/cn=rdb117921> | garton;maria l (us) <maria.l.garton@lmco.com> | | |
| FERGUSON_000087008 | FERGUSON_000087010 | 3 | 6/30/2016 | 6/29/2016 | | rdb117921 | maria c (us) </o=lmco/ou=site07/cn=recipients/cn=rdb117921> | garton;maria l (us) <maria.l.garton@lmco.com>;stamps-henderson;sumari (us) <sumari.stamps-henderson@lmco.com> | | |
| FERGUSON_000035961 | FERGUSON_000035962 | 2 | 6/30/2016 | 6/29/2016 | | maria.l.garton | maria l (us) <maria.l.garton@lmco.com> | ferguson;maria c (us) <maria.c.ferguson@lmco.com>;stamps-henderson;sumari (us) <sumari.stamps-henderson@lmco.com> | | |
| FERGUSON_000035744 | FERGUSON_000035744 | 1 | 6/30/2016 | 6/29/2016 | | sumari.stamps-henderson | sumari (us) <sumari.stamps-henderson@lmco.com> | ferguson;garton;maria c (us) <maria.c.ferguson@lmco.com>;maria l (us) <maria.l.garton@lmco.com> | | |
| FERGUSON_000087011 | FERGUSON_000087012 | 2 | 6/30/2016 | 6/29/2016 | | rdb117921 | maria c (us) </o=lmco/ou=site07/cn=recipients/cn=rdb117921> | garton;maria l (us) <maria.l.garton@lmco.com>;stamps-henderson;sumari (us) <sumari.stamps-henderson@lmco.com> | | |
| FERGUSON_000022383 | FERGUSON_000022384 | 2 | 10/31/2016 | 10/31/2016 | | mariaferguson235 | maria c ferguson <mariaferguson235@yahoo.com> | macgillivray;roxane <roxane.macgillivray@lmco.com> | | |
| FERGUSON_000022387 | FERGUSON_000022388 | 2 | 10/31/2016 | 10/31/2016 | | roxane.macgillivray | roxane <roxane.macgillivray@lmco.com> | maria c ferguson <mariaferguson235@yahoo.com> | | |
| FERGUSON_000026681 | FERGUSON_000026682 | 2 | 2/15/2017 | 2/15/2017 | | maria.c.ferguson | maria c <maria.c.ferguson@lmco.com> | byars;darren j <darren.j.hill@lmco.com>;hill;mark h <mark.h.byars@lmco.com>;rob <rob.spencer@lmco.com>;spencer | | maria ferguson <mariaferguson235@yahoo.com> |

| Plaintiff BegBates | Plaintiff EndBates | Pages | Creation Date | Sent Date | Custodian | Sender/Author | Sender Address | Recipient Address | BCC | CC |
|---|---|---|---|---|---|---|---|---|---|---|
| FERGUSON_000026609 | FERGUSON_000026610 | 2 | 2/16/2017 | 2/16/2017 | | maria.c.ferguson | maria c <maria.c.ferguson@lmco.com> | byars;darren j <darren.j.hill@lmco.com>;hill;mark h" <mark.h.byars@lmco.com>;rob <rob.spencer@lmco.com>;spencer | | maria ferguson <mariaferguson235@yahoo.com> |
| FERGUSON_000026375 | FERGUSON_000026381 | 7 | 4/2/2017 | 4/2/2017 | | maria.c.ferguson | maria c <maria.c.ferguson@lmco.com> | beth m <beth.m.kramer@lmco.com>;kramer | | maria ferguson <mariaferguson235@yahoo.com>;rob <rob.spencer@lmco.com>;spencer |
| FERGUSON_000022522 | FERGUSON_000022524 | 3 | 6/5/2017 | 6/5/2017 | | mariaferguson235 | maria c ferguson <mariaferguson235@yahoo.com> | ruth gamboa brooks <ruth.gamboabrooks@lausd.net>;ruthgamboabrooks@lausd.net <ruthgamboabrooks@lausd.net> | | |
| FERGUSON_000022399 | FERGUSON_000022400 | 2 | 6/5/2017 | 6/5/2017 | | maria.c.ferguson | maria c <maria.c.ferguson@lmco.com> | maria ferguson <mariaferguson235@yahoo.com> | | |
| FERGUSON_000022323 | FERGUSON_000022325 | 3 | 6/13/2017 | 6/13/2017 | | maria.c.ferguson | maria c <maria.c.ferguson@lmco.com> | maria ferguson <mariaferguson235@yahoo.com> | | |
| FERGUSON_000022303 | FERGUSON_000022306 | 4 | 6/13/2017 | 6/13/2017 | | maria.c.ferguson | maria c <maria.c.ferguson@lmco.com> | maria ferguson <mariaferguson235@yahoo.com> | | |
| FERGUSON_000022299 | FERGUSON_000022302 | 4 | 6/14/2017 | 6/14/2017 | | mariaferguson235 | maria c ferguson <mariaferguson235@yahoo.com> | ruth gamboa brooks <ruth.gamboabrooks@lausd.net>;ruth gamboa-brooks <ruth.gamboabrooks@gmail.com> | | |
| FERGUSON_000022291 | FERGUSON_000022293 | 3 | 6/14/2017 | 6/14/2017 | | maria.c.ferguson | maria c <maria.c.ferguson@lmco.com> | maria ferguson <mariaferguson235@yahoo.com> | | |
| FERGUSON_000022288 | FERGUSON_000022290 | 3 | 6/14/2017 | 6/14/2017 | | mariaferguson235 | maria c ferguson <mariaferguson235@yahoo.com> | may ferguson <mayferguson88@gmail.com> | | |
| FERGUSON_000021877 | FERGUSON_000021877 | 1 | 7/21/2017 | 7/21/2017 | | maria.c.ferguson | maria c <maria.c.ferguson@lmco.com> | beth m <beth.m.kramer@lmco.com>;kramer | | macgillivray;maria ferguson <mariaferguson235@yahoo.com>;roxane <roxane.macgillivray@lmco.com> |
| FERGUSON_000021754 | FERGUSON_000021754 | 1 | 8/17/2017 | 8/17/2017 | | maria.c.ferguson | maria c <maria.c.ferguson@lmco.com> | tamberneshia n <tamberneshia.n.willis@lmco.com>; willis | | darren j <darren.j.hill@lmco.com>;hill;maria ferguson <mariaferguson235@yahoo.com>;rob <rob.spencer@lmco.com>;spencer |
| FERGUSON_000027754 | FERGUSON_000027758 | 5 | 9/3/2017 | 9/3/2017 | | maria.c.ferguson | maria c <maria.c.ferguson@lmco.com> | maria ferguson <mariaferguson235@yahoo.com> | | |
| FERGUSON_000026644 | FERGUSON_000026646 | 3 | 9/26/2017 | 9/26/2017 | | maria.c.ferguson | maria c <maria.c.ferguson@lmco.com> | maryann <maryann.surrick@lmco.com>;surrick | | mariaferguson235@yahoo.com <mariaferguson235@yahoo.com> |
| FERGUSON_000022284 | FERGUSON_000022287 | 4 | 9/27/2017 | 9/27/2017 | | mariaferguson235 | maria c ferguson <mariaferguson235@yahoo.com> | maria c. ferguson <maria.c.ferguson@lmco.com> | | |
| FERGUSON_000026624 | FERGUSON_000026624 | 1 | 9/27/2017 | 9/27/2017 | | maria.c.ferguson | maria c <maria.c.ferguson@lmco.com> | maryann <maryann.surrick@lmco.com>;surrick | | mariaferguson235@yahoo.com <mariaferguson235@yahoo.com> |
| FERGUSON_000026625 | FERGUSON_000026629 | 5 | 6/1/2015 | | | Martin W Dahl | | | | |
| FERGUSON_000022294 | FERGUSON_000022298 | 5 | 9/27/2017 | 9/27/2017 | | mariaferguson235 | maria c ferguson <mariaferguson235@yahoo.com> | maria c. ferguson <maria.c.ferguson@lmco.com> | | |

| Plaintiff BegBates | Plaintiff EndBates | Pages | Creation Date | Sent Date | Custodian | Sender/Author | Sender Address | Recipient Address | BCC | CC |
|---|---|---|---|---|---|---|---|---|---|---|
| FERGUSON_000026541 | FERGUSON_000026543 | 3 | 10/3/2017 | 10/3/2017 | | maria.c.ferguson | maria c <maria.c.ferguson@lmco.com> | mariaferguson235@yahoo.com <mariaferguson235@yahoo.com> | | |
| FERGUSON_000026544 | FERGUSON_000026544 | 1 | 10/3/2017 | 10/3/2017 | | maria.c.ferguson | maria c <maria.c.ferguson@lmco.com> | mariaferguson235@yahoo.com <mariaferguson235@yahoo.com> | | |
| FERGUSON_000026545 | FERGUSON_000026578 | 34 | 8/2/2012 | | | dmishra@tataadvancedsystems.com | | | | |
| FERGUSON_000026352 | FERGUSON_000026361 | 10 | 12/2/2017 | 12/2/2017 | | maria.c.ferguson | maria c <maria.c.ferguson@lmco.com> | darren j <darren.j.hill@lmco.com>;hill | | mariaferguson235@yahoo.com <mariaferguson235@yahoo.com>;maryann <maryann.surrick@lmco.com>;rob <rob.spencer@lmco.com>;spencer;surrick |
| FERGUSON_000026217 | FERGUSON_000026218 | 2 | 12/15/2017 | 12/15/2017 | | maryann.surrick | maryann <maryann.surrick@lmco.com> | ferguson;maria c <maria.c.ferguson@lmco.com> | | darren j <darren.j.hill@lmco.com>;hill;mariaferguson235@yahoo.com <mariaferguson235@yahoo.com>;rob <rob.spencer@lmco.com>;spencer |
| FERGUSON_000026274 | FERGUSON_000026275 | 2 | 12/15/2017 | 12/15/2017 | | maria.c.ferguson | maria c <maria.c.ferguson@lmco.com> | maryann <maryann.surrick@lmco.com>;surrick | | darren j <darren.j.hill@lmco.com>;hill;mariaferguson235@yahoo.com <mariaferguson235@yahoo.com>;rob <rob.spencer@lmco.com>;spencer |
| FERGUSON_000026219 | FERGUSON_000026219 | 1 | 12/18/2017 | 12/18/2017 | | maria.c.ferguson | maria c <maria.c.ferguson@lmco.com> | mariaferguson235@yahoo.com <mariaferguson235@yahoo.com> | | |
| FERGUSON_000026324 | FERGUSON_000026325 | 2 | 12/21/2017 | 12/21/2017 | | maria.c.ferguson | maria c <maria.c.ferguson@lmco.com> | garton;maria l <maria.l.garton@lmco.com> | | mariaferguson235@yahoo.com <mariaferguson235@yahoo.com>;maryann <maryann.surrick@lmco.com>;rob <rob.spencer@lmco.com>;spencer;surrick |
| FERGUSON_000026203 | FERGUSON_000026203 | 1 | 1/4/2018 | 1/4/2018 | | maria.c.ferguson | maria c <maria.c.ferguson@lmco.com> | mariaferguson235@yahoo.com <mariaferguson235@yahoo.com> | | |
| FERGUSON_000026204 | FERGUSON_000026205 | 2 | 1/4/2018 | 1/4/2018 | | maria.c.ferguson | maria c <maria.c.ferguson@lmco.com> | maryann <maryann.surrick@lmco.com>;surrick | | mariaferguson235@yahoo.com <mariaferguson235@yahoo.com> |
| FERGUSON_000026098 | FERGUSON_000026098 | 1 | 1/19/2018 | 1/19/2018 | | maria.c.ferguson | maria c <maria.c.ferguson@lmco.com> | maryann <maryann.surrick@lmco.com>;surrick | | garton;maria l <maria.l.garton@lmco.com>;mariaferguson235@yahoo.com <mariaferguson235@yahoo.com> |
| FERGUSON_000024678 | FERGUSON_000024679 | 2 | 2/20/2018 | 2/20/2018 | | maria.c.ferguson | maria c <maria.c.ferguson@lmco.com> | mariaferguson235@yahoo.com <mariaferguson235@yahoo.com> | | |
| FERGUSON_000024683 | FERGUSON_000024684 | 2 | 2/24/2018 | 2/24/2018 | | maria.c.ferguson | maria c <maria.c.ferguson@lmco.com> | maria c ferguson <mariaferguson235@yahoo.com> | | |
| FERGUSON_000024546 | FERGUSON_000024551 | 6 | 2/25/2018 | 2/25/2018 | | maria.c.ferguson | maria c <maria.c.ferguson@lmco.com> | mariaferguson235@yahoo.com <mariaferguson235@yahoo.com> | | |

**006**

| Plaintiff BegBates | Plaintiff EndBates | Pages | Creation Date | Sent Date | Custodian | Sender/Author | Sender Address | Recipient Address | BCC | CC |
|---|---|---|---|---|---|---|---|---|---|---|
| FERGUSON_000024666 | FERGUSON_000024666 | 1 | 2/25/2018 | 2/25/2018 | | maria.c.ferguson | maria c <maria.c.ferguson@lmco.com> | maryann <maryann.surrick@lmco.com>;surrick | | mariaferguson235@yahoo.com <mariaferguson235@yahoo.com> |
| FERGUSON_000024528 | FERGUSON_000024529 | 2 | 2/25/2018 | 2/25/2018 | | maria.c.ferguson | maria c <maria.c.ferguson@lmco.com> | mariaferguson235@yahoo.com <mariaferguson235@yahoo.com> | | |
| FERGUSON_000026276 | FERGUSON_000026277 | 2 | 3/1/2018 | 3/1/2018 | | mariaferguson235 | maria c ferguson <mariaferguson235@yahoo.com> | maria c ferguson <maria.c.ferguson@lmco.com> | | |
| FERGUSON_000024521 | FERGUSON_000024522 | 2 | 3/6/2018 | 3/6/2018 | | maria.c.ferguson | maria c <maria.c.ferguson@lmco.com> | maria c ferguson <mariaferguson235@yahoo.com> | | |
| FERGUSON_000023539 | FERGUSON_000023541 | 3 | 3/14/2018 | 3/14/2018 | | maria.c.ferguson | maria c <maria.c.ferguson@lmco.com> | mariaferguson235@yahoo.com <mariaferguson235@yahoo.com> | | |
| FERGUSON_000022763 | FERGUSON_000022765 | 3 | 3/14/2018 | 3/14/2018 | | maria.c.ferguson | maria c <maria.c.ferguson@lmco.com> | mariaferguson235@yahoo.com <mariaferguson235@yahoo.com> | | |
| FERGUSON_000022496 | FERGUSON_000022496 | 1 | 3/28/2018 | 3/28/2018 | | maria.c.ferguson | maria c <maria.c.ferguson@lmco.com> | bloom;heather a <heather.a.bloom@lmco.com>;mary ann <maryann.surrick@lmco.com>;surrick | | mariaferguson235@yahoo.com <mariaferguson235@yahoo.com> |
| FERGUSON_000022525 | FERGUSON_000022527 | 3 | 4/10/2018 | 4/10/2018 | | maria.c.ferguson | maria c <maria.c.ferguson@lmco.com> | mariaferguson235@yahoo.com <mariaferguson235@yahoo.com> | | |
| FERGUSON_000026669 | FERGUSON_000026670 | 2 | 8/9/2018 | 8/9/2018 | | mariaferguson235 | maria c ferguson <mariaferguson235@yahoo.com> | maria c ferguson <mariaferguson235@yahoo.com> | | |
| FERGUSON_000026671 | FERGUSON_000026672 | 2 | 8/9/2018 | 8/9/2018 | | mariaferguson235 | maria c ferguson <mariaferguson235@yahoo.com> | maria c ferguson <mariaferguson235@yahoo.com> | | |
| FERGUSON_000024151 | FERGUSON_000024152 | 2 | 8/10/2018 | 8/10/2018 | | mariaferguson235 | maria c ferguson <mariaferguson235@yahoo.com> | maria c ferguson <mariaferguson235@yahoo.com> | | |
| FERGUSON_000022515 | FERGUSON_000022518 | 4 | 8/10/2018 | 8/10/2018 | | mariaferguson235 | maria c ferguson <mariaferguson235@yahoo.com> | maria c ferguson <mariaferguson235@yahoo.com> | | |
| FERGUSON_000022490 | FERGUSON_000022493 | 4 | 8/10/2018 | 8/10/2018 | | mariaferguson235 | maria c ferguson <mariaferguson235@yahoo.com> | maria c ferguson <mariaferguson235@yahoo.com> | | |
| FERGUSON_000024171 | FERGUSON_000024172 | 2 | 8/10/2018 | 8/10/2018 | | mariaferguson235 | maria c ferguson <mariaferguson235@yahoo.com> | maria c ferguson <mariaferguson235@yahoo.com> | | |
| FERGUSON_000026602 | FERGUSON_000026605 | 4 | 12/10/2022 | 12/10/2022 | | mariaferguson235 | may ferguson <mariaferguson235@yahoo.com> | ferguson;maria c <maria.c.ferguson@lmco.com> | | |
| FERGUSON_000003224 | FERGUSON_000003224 | 1 | 1/30/2023 | | Ferguson, Carmen | no Author | | | | |
| FERGUSON_000003221 | FERGUSON_000003221 | 1 | 1/30/2023 | | Ferguson, Carmen | no Author | | | | |
| FERGUSON_000003222 | FERGUSON_000003222 | 1 | 1/30/2023 | | Ferguson, Carmen | no Author | | | | |

**007**

| Subject | Document Title | Document Type | Privilege | Redaction | Privilege Comments |
|---|---|---|---|---|---|
| Fw: LMPI: RE: DCAA assist audit of proposed TLMAL costs -- URGENT - Attorney-Client Privileged Information and/or Attorney Work Product | Fw: LMPI: RE: DCAA assist audit of proposed TLMAL costs -- URGENT - Attorney-Client Privileged Information and/or Attorney Work Product | eMail/eMail without attachment | Attorney Client | Redacted | Email communications between Ferguson, Polk (attorney), Wegemer (attorney), Cosper, and Tennison requesting and discussing legal advice regarding DCAA assist audit. |
| Re: TLMAL - Attorney-Client Privileged Information and/or Attorney Work Product | Re: TLMAL - Attorney-Client Privileged Information and/or Attorney Work Product | eMail/eMail without attachment | Attorney Client | | Email communications between Ferguson and Spencer (attorney) seeking legal advice regarding an audit of TLMAL. |
| Re: TLMAL - Attorney-Client Privileged Information and/or Attorney Work Product | Re: TLMAL - Attorney-Client Privileged Information and/or Attorney Work Product | eMail/eMail without attachment | Attorney Client | | Email communications between Ferguson and Spencer (attorney) seeking legal advice regarding an audit of TLMAL. |
| RE: LMPI: FW: TLMAL Empennage Decrement - Lockheed Martin Proprietary Information | RE: LMPI: FW: TLMAL Empennage Decrement - Lockheed Martin Proprietary Information | eMail/eMail without attachment | Attorney Client | | Email conversation forwarded from Giglio to Stamps-Henderson (attorney), Baxter, and Todd Hill. Stamps-Henderson later forwards the chain to Garton (attorney), Collins (attorney) and Ferguson in connection with Garton's investigation of TLMAL issues to provide legal advice to the company. |
| | Untitled.msg | Attachment | Attorney Client | | Email communication between Stamps-Henderson (attorney), Garton (attorney), Ceplecha (attorney), Anderson (attorney), and Collins (attorney) regarding regarding ongoing Legal review of request for advice relevant to TLMAL audit. |
| RE: TLMAL Certificate of Current Cost and Pricing Data | RE: TLMAL Certificate of Current Cost and Pricing Data | eMail/eMail without attachment | Attorney Client | | Email communication between Robinson, Ferguson, Stamps-Henderson (attorney), and Blakeley providing information relevant to ongoing Legal review of TLMAL audit that is forwarded by Ferguson to Garton (attorney) in connection with Garton's investigation of TLMAL issues to provide legal advice to the company. |
| FW: TLMAL Certificate of Current Cost and Pricing Data | FW: TLMAL Certificate of Current Cost and Pricing Data | eMail/eMail with attachment | Attorney Client | | Email communication between Robinson, Ferguson, Stamps-Henderson (attorney), and Blakeley providing information relevant to ongoing Legal review of TLMAL audit that is forwarded by Ferguson to Garton (attorney) in connection with Garton's investigation of TLMAL issues to provide legal advice to the company. |
| RE: LMPI: - Lockheed Martin Proprietary Information - Attorney-Client Privileged Information and/or Attorney Work Product | RE: LMPI: - Lockheed Martin Proprietary Information - Attorney-Client Privileged Information and/or Attorney Work Product | eMail/eMail without attachment | Attorney Client | | Email communications between Ferguson, Stamps-Henderson (attorney), and Garton (attorney) discussing information relevant to ongoing Legal review to provide legal advice regarding TLMAL audit. |
| RE: TLMAL Data Submitted to SPO - Attorney-Client Privileged Information and/or Attorney Work Product | RE: TLMAL Data Submitted to SPO - Attorney-Client Privileged Information and/or Attorney Work Product | eMail/eMail without attachment | Attorney Client | | Email communications between Ferguson, Stamps-Henderson (attorney), and Garton (attorney) discussing information relevant to ongoing Legal review to provide legal advice regarding TLMAL audit. |
| RE: LMPI: - Lockheed Martin Proprietary Information - Attorney-Client Privileged Information and/or Attorney Work Product | RE: LMPI: - Lockheed Martin Proprietary Information - Attorney-Client Privileged Information and/or Attorney Work Product | eMail/eMail without attachment | Attorney Client | | Email communications between Ferguson, Stamps-Henderson (attorney), and Garton (attorney) discussing information relevant to ongoing Legal review to provide legal advice regarding TLMAL audit. |
| RE: LMPI: - Lockheed Martin Proprietary Information - Attorney-Client Privileged Information and/or Attorney Work Product | RE: LMPI: - Lockheed Martin Proprietary Information - Attorney-Client Privileged Information and/or Attorney Work Product | eMail/eMail without attachment | Attorney Client | | Email communications between Ferguson, Stamps-Henderson (attorney), and Garton (attorney) discussing information relevant to ongoing Legal review to provide legal advice regarding TLMAL audit. |
| LMPI: - Lockheed Martin Proprietary Information | LMPI: - Lockheed Martin Proprietary Information | eMail/eMail without attachment | Attorney Client | | Email communications between Ferguson, Stamps-Henderson (attorney), and Garton (attorney) discussing information relevant to ongoing Legal review to provide legal advice regarding TLMAL audit. |
| RE: LMPI: - Lockheed Martin Proprietary Information | RE: LMPI: - Lockheed Martin Proprietary Information | eMail/eMail without attachment | Attorney Client | | Email communications between Ferguson, Stamps-Henderson (attorney), and Garton (attorney) discussing information relevant to ongoing Legal review to provide legal advice regarding TLMAL audit. |
| Re: Interview Meeting | Re: Interview Meeting | eMail/eMail without attachment | Attorney Client | | Email communications between Ferguson and MacGillivray discussing an ongoing ethics investigation conducted at the direction of Beth Kramer (attorney) to provide legal advice to the company. |
| Interview Meeting | Interview Meeting | eMail/eMail without attachment | Attorney Client | | Email communications between Ferguson and MacGillivray discussing an ongoing ethics investigation conducted at the direction of Beth Kramer (attorney) to provide legal advice to the company. |
| Intentional Inadequate Cost Analysis | Intentional Inadequate Cost Analysis | eMail/eMail without attachment | Attorney Client | | Email communication from Ferguson to Hill, Byars, and Spencer (attorney) alleging legal violations and requesting feedback from Legal. |

| Subject | Document Title | Document Type | Privilege | Redaction | Privilege Comments |
|---|---|---|---|---|---|
| | 0002319.eml | Standard file/Standard file without attachment | Attorney Client | | Email communication from Ferguson to Hill, Byars, and Spencer (attorney) alleging legal violations and requesting feedback from Legal. |
| FW: Recommended change to AC-4929 Requesting Field Audits - Attorney-Client Privileged Information and/or Attorney Work Product | FW: Recommended change to AC-4929 Requesting Field Audits - Attorney-Client Privileged Information and/or Attorney Work Product | eMail/eMail without attachment | Attorney Client | | Email communications between Ferguson, Evans (attorney), Willis (attorney), Byars, and Hoppe discussing request for legal advice, Legal's recommended revisions to an Aero policy, and Ferguson's questions forwarded to Kramer and Spencer with request for analysis of legal issues. |
| Fw: Confidential and Personal | Fw: Confidential and Personal | eMail/eMail without attachment | Attorney Client | | Email communications between Ferguson, Kramer (attorney) and Macgillivray discussing an ongoing ethics investigation conducted at the direction of Kramer to provide legal advice to the company. |
| FW: Confidential and Personal | FW: Confidential and Personal | eMail/eMail without attachment | Attorney Client | | Email communications between Ferguson, Kramer (attorney) and Macgillivray discussing an ongoing ethics investigation conducted at the direction of Kramer to provide legal advice to the company. |
| FW: 2 of 2 | FW: 2 of 2 | eMail/eMail without attachment | Attorney Client | | Email from Ferguson to Hill and Spencer (attorney) raising compliance concerns and seeking guidance and assistance from Legal. |
| FW: Direct Labor and Direct Material Verification Inadequacies. 1 of 2 | FW: Direct Labor and Direct Material Verification Inadequacies. 1 of 2 | eMail/eMail without attachment | Attorney Client | | Email from Ferguson to Hill and Spencer (attorney) raising compliance concerns and seeking guidance and assistance from Legal. |
| Fw: HAI | Fw: HAI | eMail/eMail without attachment | Attorney Client | Redacted | Email communication from Ferguson to Byars copying Kramer (attorney) and Spencer (attorney) raising compliance concerns and seeking guidance and assistance from Legal, including in connection with ongoing privileged investigation directed by Kramer. |
| FW: HAI | FW: HAI | eMail/eMail without attachment | Attorney Client | Redacted | Email communication from Ferguson to Byars copying Kramer (attorney) and Spencer (attorney) raising compliance concerns and seeking guidance and assistance from Legal, including in connection with ongoing privileged investigation directed by Kramer. |
| Fw: HAI | Fw: HAI | eMail/eMail without attachment | Attorney Client | Redacted | Email communication from Ferguson to Byars copying Kramer (attorney) and Spencer (attorney) raising compliance concerns and seeking guidance and assistance from Legal, including in connection with ongoing privileged investigation directed by Kramer. |
| Closing Meeting | Closing Meeting | eMail/eMail without attachment | Attorney Client | | Email from Ferguson to Kramer (attorney) and Macgillivray (investigator) raising compliance concerns relevant to ongoing privileged investigation directed by Kramer. |
| Kirkhill | Kirkhill | eMail/eMail without attachment | Attorney Client | | Email communication from Ferguson to Willis (attorney), Spencer (attorney), and Hill raising compliance concerns and seeking guidance and assistance from Legal. |
| FW: Modifications to Kirkhill Memo - Attorney-Client Privileged Information and/or Attorney Work Product | FW: Modifications to Kirkhill Memo - Attorney-Client Privileged Information and/or Attorney Work Product | eMail/eMail without attachment | Attorney Client | | Email communication from Ferguson to Willis (attorney), Spencer (attorney), and Hill raising compliance concerns and seeking guidance and assistance from Legal and subsequent communications regarding questions from Willis and additional information provided by Ferguson at the request of counsel to enable counsel to provide legal advice. |
| RE: Meeting Topics | RE: Meeting Topics | eMail/eMail without attachment | Attorney Client | | Email communication from Ferguson to Surrick (attorney) outlining specific concerns of overcharging in preparation for their upcoming meeting in connection with Surrick's investigation to gather facts necessary to provide legal advice to the company regarding Ferguson's compliance concerns. |
| Fw: HAI | Fw: HAI | eMail/eMail without attachment | Attorney Client | Redacted | Email communication from Ferguson to Byars copying Hill, Kramer (attorney), and Spencer (attorney) raising compliance concerns relevant to ongoing privileged investigation directed by Kramer. |
| FW: Special Request â€" Risk/Harm Assessment of Subcontractor Rate Review Recommendations on Supplier/Prime Contract Negotiations | FW: Special Request â€" Risk/Harm Assessment of Subcontractor Rate Review Recommendations on Supplier/Prime Contract Negotiations | eMail/eMail with attachment | Attorney Client | | Email communication from Ferguson to Surrick (attorney) providing information relevant to Surrick's investigation to gather facts necessary to provide legal advice to the company regarding Ferguson's compliance concerns. |
| | Audit Report Checklist | Attachment | Attorney Client | | Draft Internal Controls and Audit report sent to Surrick (attorney) by Ferguson in connection with Surrick's investigation. |
| Fw: Direct Labor and Direct Material Verification Inadequacies. 1 of 2 | Fw: Direct Labor and Direct Material Verification Inadequacies. 1 of 2 | eMail/eMail without attachment | Attorney Client | | Email from Ferguson to Hill and Spencer (attorney) raising compliance concerns and seeking guidance and assistance from Legal. |

**009**

| Subject | Document Title | Document Type | Privilege | Redaction | Privilege Comments |
|---|---|---|---|---|---|
| FW: HAI and Kirkhill and TLMAL | FW: HAI and Kirkhill and TLMAL | eMail/eMail without attachment | Attorney Client | | Email communication between Ferguson and Surrick (attorney) providing additional information relevant to Surrick's investigation to gather facts necessary to provide legal advice to the company regarding Ferguson's compliance concerns. |
| FW: You will need this as well | FW: You will need this as well | eMail/eMail with attachment | Attorney Client | | Email communication between Ferguson and Surrick (attorney) providing additional information relevant to Surrick's investigation to gather facts necessary to provide legal advice to the company regarding Ferguson's compliance concerns. |
| | 2013 | Attachment | Attorney Client | | Powerpoint presentation sent from Ferguson to Surrick (attorney) relevant to Surrick's investigation. |
| My gradual marginalization | My gradual marginalization | eMail/eMail without attachment | Attorney Client | Redacted | Email communication from Ferguson to Hill, Spencer (attorney), and Surrick (attorney) reporting allegations of retaliation relevant to Surrick's ongoing investigation to provide legal advice to the company regarding Ferguson's compliance concerns. |
| RE: False Statements and Inadequate Verification | RE: False Statements and Inadequate Verification | eMail/eMail without attachment | Attorney Client | | Email communications between Ferguson and Surrick (attorney), copying Spencer (attorney) and Hill, in which Ferguson reports a legal concern and Surrick asks for supporting documentation relevant to Surrick's ongoing investigation to provide legal advice to the company regarding Ferguson's compliance concerns. |
| False Statements and Inadequate Verification | False Statements and Inadequate Verification | eMail/eMail without attachment | Attorney Client | | Email communication between Ferguson and Surrick (attorney), copying Spencer (attorney) and Hill, in which Ferguson reports a legal concern relevant to Surrick's ongoing investigation to provide legal advice to the company regarding Ferguson's compliance concerns. |
| FW: Essex Repair Contract | FW: Essex Repair Contract | eMail/eMail with attachment | Attorney Client | | Email from Ferguson to Surrick (attorney) reporting legal concern relevant to Surrick's ongoing investigation to provide legal advice to the company regarding Ferguson's compliance concerns. |
| TLMAL 2nd C-130 Contract - FW: TLMAL NOTE TO SELF | TLMAL 2nd C-130 Contract - FW: TLMAL NOTE TO SELF | eMail/eMail without attachment | Attorney Client | Redacted | Email communication from Ferguson to Garton (attorney), Spencer (attorney), and Surrick (attorney) providing information regarding TLMAL relevant to Surrick's ongoing investigation to provide legal advice to the company regarding Ferguson's compliance concerns. |
| Note to Self -FW: Essex F-22 Faster | Note to Self -FW: Essex F-22 Faster | eMail/eMail without attachment | Attorney Client | Redacted | Email communication from Ferguson to Surrick providing information relevant to Surrick's ongoing investigation to provide legal advice to the company regarding Ferguson's compliance concerns. |
| Fixed Priced Contracts for Time and Material Efforts | Fixed Priced Contracts for Time and Material Efforts | eMail/eMail without attachment | Attorney Client | | Email communication from Ferguson to Surrick providing information relevant to Surrick's ongoing investigation to provide legal advice to the company regarding Ferguson's compliance concerns. |
| Time and Material Vs Fixed Price Contracts (F-22 Sustainment) | Time and Material Vs Fixed Price Contracts (F-22 Sustainment) | eMail/eMail without attachment | Attorney Client | | Email from Ferguson to Surrick (attorney), copying Garton (attorney), requesting legal advice and reporting additional information relevant to Surrick's ongoing investigation to provide legal advice to the company regarding Ferguson's compliance concerns. |
| FW: My group feels retaliated against | FW: My group feels retaliated against | eMail/eMail without attachment | Attorney Client | | Email communications between Ferguson and Surrick (attorney) addressing Surrick's ongoing investigation to provide legal advice to the company regarding Ferguson's compliance concerns. |
| Fwd: Clarity | Fwd: Clarity | eMail/eMail without attachment | Attorney Client | | Email communications between Ferguson and Surrick (attorney) in which Surrick requests and Ferguson provides information relevant to Surrick's ongoing investigation to provide legal advice to the company regarding Ferguson's compliance concerns. |
| FW: Meeting | FW: Meeting | eMail/eMail without attachment | Attorney Client | | Email communications between Ferguson and Surrick (attorney) in which Surrick requests and Ferguson provides information relevant to Surrick's ongoing investigation to provide legal advice to the company regarding Ferguson's compliance concerns. |

010

| Subject | Document Title | Document Type | Privilege | Redaction | Privilege Comments |
|---|---|---|---|---|---|
| FW: Incentive Description | FW: Incentive Description | eMail/eMail without attachment | Attorney Client | Redacted | Email from Ferguson to Surrick (attorney) providing information relevant to Surrick's ongoing investigation to provide legal advice to the company regarding Ferguson's compliance concerns. |
| FW: My group feels retaliated against | FW: My group feels retaliated against | eMail/eMail without attachment | Attorney Client | | Email from Ferguson to Surrick (attorney) providing information relevant to Surrick's ongoing investigation to provide legal advice to the company regarding Ferguson's compliance concerns. |
| Fw: Essex Repair Contract | Fw: Essex Repair Contract | eMail/eMail with attachment | Attorney Client | | Email communication from Ferguson to Surrick (attorney) providing information relevant to Surrick's ongoing investigation to provide legal advice to the company regarding Ferguson's compliance concerns. |
| Fwd: A second relator | Fwd: A second relator | eMail/eMail without attachment | Attorney Client | | Email communication from Ferguson to Surrick (attorney) providing information relevant to Surrick's ongoing investigation to provide legal advice to the company regarding Ferguson's compliance concerns. |
| FW: LMPI: RS Micro PNM - Lockheed Martin Proprietary Information | FW: LMPI: RS Micro PNM - Lockheed Martin Proprietary Information | eMail/eMail without attachment | Attorney Client | Redacted | Email communication from Ferguson to Surrick (attorney) providing information relevant to Surrick's ongoing investigation to provide legal advice to the company regarding Ferguson's compliance concerns. |
| FW: LMPI: RE: RS Microwave PNM - Lockheed Martin Proprietary Information | FW: LMPI: RE: RS Microwave PNM - Lockheed Martin Proprietary Information | eMail/eMail without attachment | Attorney Client | Redacted | Email communication from Ferguson to Surrick (attorney) providing information relevant to Surrick's ongoing investigation to provide legal advice to the company regarding Ferguson's compliance concerns. |
| Supply Chain Meetings with Legal | Supply Chain Meetings with Legal | eMail/eMail without attachment | Attorney Client | | Email communication from Ferguson to Surrick (attorney) and Bloom (attorney) providing information relevant to Surrick's ongoing investigation to provide legal advice to the company regarding Ferguson's compliance concerns. |
| FW: LMPI | FW: LMPI | eMail/eMail without attachment | Attorney Client | | Email communication from Ferguson to Surrick (attorney) providing information relevant to Surrick's ongoing investigation to provide legal advice to the company regarding Ferguson's compliance concerns and requesting Surrick review communication between Ferguson and Pruitt in the course of her investigation. |
| Fw: Fwd: HAI | Fw: Fwd: HAI | eMail/eMail without attachment | Attorney Client | Redacted | Email from Ferguson to Willis (attorney) and Spencer (attorney) raising compliance concerns and seeking guidance and assistance from Legal. |
| Fw: Fwd: HAI | Fw: Fwd: HAI | eMail/eMail without attachment | Attorney Client | Redacted | Email from Ferguson to Willis (attorney) and Spencer (attorney) raising compliance concerns and seeking guidance and assistance from Legal. |
| Fw: Fwd: A second relator | Fw: Fwd: A second relator | eMail/eMail without attachment | Attorney Client | | Email communication from Ferguson to Surrick (attorney) providing information relevant to Surrick's ongoing investigation to provide legal advice to the company regarding Ferguson's compliance concerns. |
| Fw: LMPI | Fw: LMPI | eMail/eMail without attachment | Attorney Client | | Email communication from Ferguson to Surrick (attorney) providing information relevant to Surrick's ongoing investigation to provide legal advice to the company regarding Ferguson's compliance concerns and requesting Surrick review communication between Ferguson and Pruitt in the course of her investigation. |
| Fw: LMPI | Fw: LMPI | eMail/eMail without attachment | Attorney Client | | Email communication from Ferguson to Surrick (attorney) providing information relevant to Surrick's ongoing investigation to provide legal advice to the company regarding Ferguson's compliance concerns and requesting Surrick review communication between Ferguson and Pruitt in the course of her investigation. |
| Fw: Fwd: A second relator | Fw: Fwd: A second relator | eMail/eMail without attachment | Attorney Client | | Email communication from Ferguson to Surrick (attorney) providing information relevant to Surrick's ongoing investigation to provide legal advice to the company regarding Ferguson's compliance concerns. |
| Re: HAI and Kirkhill and TLMAL | Re: HAI and Kirkhill and TLMAL | eMail/eMail without attachment | Attorney Client | | Email communication from Ferguson to Surrick (attorney) providing information relevant to Surrick's ongoing investigation to provide legal advice to the company regarding Ferguson's compliance concerns. |
| | AIDC EX 4.png | Standard file/Standard file without attachment | Attorney Client | | Email communication from Ferguson to Surrick (attorney), copying Spencer (attorney) and Hill, providing information relevant to Surrick's ongoing investigation to provide legal advice to the company regarding Ferguson's compliance concerns. |
| | AIDC EX 1.png | Standard file/Standard file without attachment | Attorney Client | | Email communication from Ferguson to Willis (attorney), Spencer (attorney), and Hill raising compliance concerns and seeking guidance and assistance from Legal. |
| | AIDC EX 2.png | Standard file/Standard file without attachment | Attorney Client | | Email communication from Ferguson to Surrick (attorney) providing information relevant to Surrick's ongoing investigation to provide legal advice to the company regarding Ferguson's compliance concerns. |

011

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* MARIA DEL CARMEN GAMBOA FERGUSON, <br><br> *Plaintiff/Relator*, <br><br> v. <br><br> LOCKHEED MARTIN CORPORATION <br><br> *Defendant*. | Civil Action No. 4:25-CV-00025-O <br><br> JURY TRIAL DEMANDED |

**DECLARATION OF MARIA DEL CARMEN GAMBOA FERGUSON IN SUPPORT OF RELATOR'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS IDENTIFIED AS PRIVILEGED BY DEFENDANT**

I, Maria Del Carmen Gamboa Ferguson, do hereby declare and state as follows:

1. I am over 18 years of age and could competently testify to the matters set forth herein.

2. I submit this declaration in support of my Motion to Compel Production of Documents Identified as Privileged By Defendant.

3. I was employed by Lockheed Martin Corporation ("Lockheed") from 2005 to 2018. From 2007 through 2011, I was the Director of Internal Audit. From 2012 through 2016, I held the position of Senior Manager, Subcontract Audit. From 2016 through 2018, I was the Manager of Internal Audit/Subcontract Audit. I was terminated from Lockheed in 2018.

4. Over the course of my employment at Lockheed, I discovered that Lockheed was not performing adequate cost analyses on its subcontractors; was not obtaining truthful cost or pricing data from its subcontractors; and was not requiring that its subcontractors obtain

1

certified cost or pricing data from their lower-tier suppliers as required by the Federal Acquisition Regulation and Truth in Negotiations Act. By not complying and by falsely certifying compliance with these laws and regulations, I believed that Lockheed was defrauding the United States Government.

5. As I began to uncover Lockheed's misconduct, I sent emails from my Lockheed email address to my personal email address. I sent these emails to have a record of the misconduct I uncovered.

6. I communicated the misconduct that I witnessed to many different Lockheed employees. The recipients of these emails include employees in the Price/Cost Analysis group, the Internal Audit and Subcontract Audit group, Supply Chain, the Ethics Department, and the Legal Department. I sent these emails to make others aware of the misconduct I discovered. I had hoped that my explanations of the problems I discovered would lead to reforms in the Price/Cost Analysis group, the Internal Audit and Subcontract Audit group, and Lockheed's subcontracting practices as a whole.

7. I emailed the attorneys in Lockheed's Legal Department for several reasons. First, my audit group was organized under the Legal Department until 2016, so I was reporting problems to my supervisors. Second, Lockheed's corporate policy on reporting violations or defective pricing listed the Legal Department as one of the possible departments to contact about reportable violations. Third, I wanted to alert as many people as possible about Lockheed's misconduct, and it made sense to include lawyers in those communications.

8. I reviewed the documents identified in the privilege log attached to this Motion as App. 004–011. In these emails, when I contacted the Lockheed in-house lawyers to report the misconduct, I was not seeking their legal advice. Rather, I was reporting conduct I knew to be

2

wrong to as many people at the company as possible, in hopes of driving a change in the company's improper behavior.

9.   Part of the reason why I was not seeking legal advice from Lockheed's attorneys is that I had my own attorney. Prior to filing the complaint in this case, I filed four lawsuits against Lockheed. These include three *qui tam* lawsuits alleging violations of the False Claims Act: *United States ex rel. Ferguson v. Lockheed Martin Aeronautics Co. and Lockheed Martin Corp.*, 3-16-cv-2995-B (N.D. Tex.) (filed October 26, 2016); *United States ex rel. Ferguson v. Lockheed Martin Aeronautics Co. and Lockheed Martin Corp.*, 3-16-cv-3439N (N.D. Tex.) (filed December 16, 2016); *United States ex rel. Ferguson v. Lockheed Martin Aeronautics Co. and Lockheed Martin Corp.*, 3-17-cv-0664 (N.D. Tex.) (filed March 17, 2017). I also filed a retaliation complaint against Lockheed after I was terminated: *John Pruitt and Maria Del Carmen Gamboa Ferguson v. Lockheed Martin Aeronautics Co. and Lockheed Martin Corp.*, 3:19-cv-00741-L (N.D. Tex.) (filed March 25, 2019).

10. Lockheed knew I had my own attorney no later than February 5, 2018, because on that date, my then-attorney Dale Rodriguez met with Lockheed to discuss Lockheed's ability to talk with me while I was represented by counsel. Lockheed entered into an email agreement with my then-attorney Dale Rodriguez on February 9, 2018, which allowed Lockheed to speak with me.

11. Prior to February of 2018, on November 1, 2017, the United States Attorney's Office for the Northern District of Texas served on Lockheed the redacted versions of the three *qui tam* complaints that I had filed. Although my name was redacted, the allegations in the complaints were identical to the allegations that I had been flagging for years. I voluntarily

3

dismissed all of the above cases, including the retaliation case, in 2020 without prejudice, in advance of filing this lawsuit.

I declare under penalty of perjury that the foregoing is correct.

Dated: May 13, 2024

*s/ Carmen Ferguson*
Maria Del Carmen Gamboa Ferguson

4

From:     Ferguson, Maria C (US)
Sent:     Fri 8/25/2017 9:22 AM (GMT-00:00)
To:       Ferguson, Maria C (US); Maria Ferguson
Cc:
Bcc:
Subject: TLMAL Timekeeping Testing



CONFIDENTIAL

**016**   LM2245375

LMC_FQT_02245375



**017**    LM2245376

CONFIDENTIAL    LMC_FQT_02245376



Carmen Ferguson

Audit Manager - Subcontract Audit

Supply Chain Management

Lockheed Martin Aeronautics

Fort Worth Office:  817-935-5957

Cell:  817-734-5627

Efax:  817-762-5937

email:  maria.c.ferguson@lmco.com

CONFIDENTIAL

From:       Ferguson, Maria C [maria.c.ferguson@lmco.com]
Sent:       2/16/2017 3:07:29 AM
To:         Hill, Darren J [darren.j.hill@lmco.com]; Byars, Mark H [mark.h.byars@lmco.com]; Spencer, Rob
            [rob.spencer@lmco.com]
CC:         Maria Ferguson [mariaferguson235@yahoo.com]
Subject:    Intentional Inadequate Cost Analysis

019

FERGUSON_000026609

020

Carmen Ferguson
Audit Manager - Subcontract Audit
Supply Chain Management
Lockheed Martin Aeronautics
Fort Worth Office: 817-935-5957
Cell: 817-734-5627
Efax: 817-762-5937
email: maria.c.ferguson@lmco.com

FERGUSON_000026609

From:       Ferguson, Maria C [maria.c.ferguson@lmco.com]
Sent:       6/13/2017 4:21:40 PM
To:          Maria Ferguson [mariaferguson235@yahoo.com]
Subject:    FW: 2 of 2

From: Ferguson, Maria C (US)
Sent: Tuesday, June 13, 2017 4:21 PM
To: Hill, Darren J (US) <darren.j.hill@lmco.com>
Cc: Spencer, Rob (US) <rob.spencer@lmco.com>
Subject: 2 of 2

FERGUSON_000022323



**022**

FERGUSON_000022323

023



Carmen Ferguson
Audit Manager - Subcontract Audit
Supply Chain Management
Lockheed Martin Aeronautics
Fort Worth Office:  817-935-5957
Cell:  817-734-5627
Efax:  817-762-5937
email:  maria.c.ferguson@lmco.com

FERGUSON_000022323

**From:**    Ferguson, Maria C [maria.c.ferguson@lmco.com]
**Sent:**    7/21/2017 3:55:33 PM
**To:**    Kramer, Beth M [beth.m.kramer@lmco.com]
**CC:**    Macgillivray, Roxane [roxane.macgillivray@lmco.com]; Maria Ferguson [mariaferguson235@yahoo.com]
**Subject:**    Closing Meeting



Carmen Ferguson
Audit Manager - Subcontract Audit
Supply Chain Management
Lockheed Martin Aeronautics
Fort Worth Office:  817-935-5957
Cell:  817-734-5627
Efax:  817-762-5937
email:  maria.c.ferguson@lmco.com

FERGUSON_000021877



FERGUSON_000004994

026

FERGUSON_000004994



027

FERGUSON_000004994



028

FERGUSON_000004994



029

FERGUSON_000004994



030
FERGUSON_000004994

From:       Ferguson, Maria C [maria.c.ferguson@lmco.com]
Sent:       6/9/2017 4:42:13 PM
To:         Maria Ferguson [mariaferguson235@yahoo.com]
Subject:    Misc Issues

031

FERGUSON_000022385

032



Carmen Ferguson
Audit Manager - Subcontract Audit
Supply Chain Management
Lockheed Martin Aeronautics
Fort Worth Office: 817-935-5957
Cell: 817-734-5627
Efax: 817-762-5937
email: maria.c.ferguson@lmco.com

FERGUSON_000022385

From:       Maria C Ferguson [mariaferguson235@yahoo.com]
Sent:       9/27/2017 6:20:35 PM
To:         Maria C. Ferguson [maria.c.ferguson@lmco.com]
Subject:    Fw: Direct Labor and Direct Material Verification Inadequacies. 1 of 2

Sent from Yahoo Mail for iPad

Begin forwarded message:

On Tuesday, June 13, 2017, 3:22 PM, Ferguson, Maria C <maria.c.ferguson@lmco.com> wrote:

**From:** Ferguson, Maria C (US)
**Sent:** Tuesday, June 13, 2017 3:14 PM
**To:** Hill, Darren J (US) <darren.j.hill@lmco.com>
**Cc:** Spencer, Rob (US) <rob.spencer@lmco.com>
**Subject:** Direct Labor and Direct Material Verification Inadequacies. 1 of 2



033

FERGUSON_000022294



034

FERGUSON_000022294



035

FERGUSON_000022294



FERGUSON_000022294

037

Carmen Ferguson
Audit Manager - Subcontract Audit
Supply Chain Management
Lockheed Martin Aeronautics
Fort Worth Office: 817-935-5957
Cell: 817-734-5627
Efax: 817-762-5937
email: maria.c.ferguson@lmco.com

FERGUSON_000022294



038

---

**From:** Dale M Rodriguez [mailto:dale@dmrlawoffice.com]
**Sent:** Friday, February 09, 2018 3:37 PM
**To:** Bronson, Michael
**Subject:** Re: Carmen Ferguson/Lockheed Martin Communications

Mike - yes, agreed.

Thanks.

Dale
On Feb 9, 2018, at 9:32 AM, "Bronson, Michael" <Michael.Bronson@DINSMORE.COM> wrote:
Dale,


Thank you for taking the time to talk with us this week.  This is to memorialize our February 5, 2018, conversation about recent and ongoing communications between Lockheed Martin in-house attorneys and your client, Maria Carmen Ferguson.  During our call, you agreed that:


1.  Lockheed Martin counsel may continue to communicate with and respond to Ms. Ferguson via email, telephone, and in-person meetings regarding ongoing Lockheed Martin business, as well as issues or concerns Ms. Ferguson raises about alleged non-compliances or misconduct;

1

2. Neither you nor Ms. Ferguson (or anyone else acting on her behalf) will suggest, allege, or pursue any claim that, by having these interactions described in No. 1, Lockheed Martin or any of its attorneys improperly communicated with a represented party in violation of rules of professional conduct or any other ethics rules; and

3. To the extent you or Ms. Ferguson believe any communication between Ms. Ferguson and Lockheed Martin counsel relates to the scope of your representation of Ms. Ferguson or otherwise requires your consent as to whether counsel should be present, you or Ms. Ferguson will notify Lockheed Martin immediately that (a) Ms. Ferguson is declining to involve you or another attorney in the discussion, or (b) Ms. Ferguson is requesting to involve you or another attorney before proceeding with the discussion.

You further stated that these recent and ongoing communications do not implicate ethical issues because Ms. Ferguson believes she is raising concerns in good faith and through appropriate channels, and that Lockheed Martin attorneys must interact with Ms. Ferguson to understand and address her concerns.  As we noted, Lockheed Martin not only permits but encourages Ms. Ferguson and all other employees to report any concerns about alleged misconduct or non-compliances, and these discussions with Ms. Ferguson are consistent with Lockheed Martin's philosophy and culture.

We appreciate your time and consideration in working through these issues.  At your earliest convenience, please confirm your agreement with our description above, and let us know if you'd like to discuss any of these issues further.

Regards,

Mike



**Michael J. Bronson**
Partner

Dinsmore & Shohl LLP  •  Legal Counsel
255 East Fifth Street
Suite 1900
Cincinnati, OH 45202
**T** (513) 977-8654  •  **F** (513) 977-8141
**E** michael.bronson@dinsmore.com  •  dinsmore.com

NOTICE: This electronic mail transmission from the law firm of Dinsmore & Shohl may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please

**039**

delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.

**040**

**From:**   "Ferguson, Maria C" <maria.c.ferguson@lmco.com>
**To:**     Maria Ferguson <mariaferguson235@yahoo.com>
**Subject:** FW: Confidential and Personal
**Sent:**   Mon 6/5/2017 8:46:23 PM (UTC)

-----Original Message-----
From: Ferguson, Maria C (US)
Sent: Monday, June 05, 2017 2:05 PM
To: Kramer, Beth M (US) <beth.m.kramer@lmco.com>
Cc: Macgillivray, Roxane (US) <roxane.macgillivray@lmco.com>
Subject: Confidential and Personal



041



-----Original Message-----
From: Kramer, Beth M (US)
Sent: Monday, June 05, 2017 9:17 AM
To: Ferguson, Maria C (US) <maria.c.ferguson@lmco.com>
Cc: Macgillivray, Roxane (US) <roxane.macgillivray@lmco.com>
Subject: RE: Ft Worth visit



-----Original Message-----
From: Ferguson, Maria C (US)
Sent: Sunday, June 04, 2017 3:25 PM
To: Kramer, Beth M (US) <beth.m.kramer@lmco.com>
Cc: Macgillivray, Roxane (US) <roxane.macgillivray@lmco.com>
Subject: RE: Ft Worth visit

-----Original Message-----
From: Kramer, Beth M (US)
Sent: Thursday, June 01, 2017 1:56 PM
To: Ferguson, Maria C (US) <maria.c.ferguson@lmco.com>
Cc: Macgillivray, Roxane (US) <roxane.macgillivray@lmco.com>
Subject: Ft Worth visit



**043**

CONFIDENTIAL

LMC_FQT_04519228