IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* MARIA DEL CARMEN GAMBOA FERGUSON, ET AL.,<br><br>    Plaintiff,<br><br>v.<br><br>LOCKHEED MARTIN CORPORATION,<br><br>    Defendant. | §§§§§§§§§§§§§§§§§§   Civil Action No. 4:24-cv-00025-O |

**FINAL JUDGMENT**

Having determined that dismissal is appropriate in this case, the Court now enters this Final Judgment pursuant to Federal Rule of Civil Procedure 58(a). Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. All claims asserted by Plaintiffs against Defendant in this matter are **DISMISSED without prejudice** to the refiling of the same.

2. The fees and costs incurred in this matter shall be borne by the party incurring the same.

3. Any other relief not expressly provided for herein is hereby **DENIED**.

**SO ORDERED** on this **16th day** of **July, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE