# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 9, 2026

Lyle W. Cayce
Clerk

—————————

No. 24-10713

—————————

UNITED STATES OF AMERICA, *ex rel*, MARIA DEL CARMEN
GAMBOA FERGUSON, *Individually*,

*Plaintiff—Appellant*,

*versus*

LOCKHEED MARTIN CORPORATION,

*Defendant—Appellee.*

—————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CV-25

—————————————————————

## JUDGMENT

Before JONES, GRAVES, *Circuit Judges* and RODRIGUEZ, *District Judge.*[*]

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the cause is REMANDED to the

_____

[*] United States District Judge for the Southern District of Texas, sitting by designation.

No. 24-10713

District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that Appellee pay to Appellant the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See FED. R. APP. P. 41(B). The court may shorten or extend the time by order. See 5TH CIR. R. 41 I.O.P.

JUDGE RODRIGUEZ, *District Judge*, concurring.
JUDGE JONES, *Circuit Judge*, dissenting.



Certified as a true copy and issued
as the mandate on **Mar 31, 2026**

Attest:

**Clerk, U.S. Court of Appeals, Fifth Circuit**